DAVID P. WAGGONER, SBN 242519
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA 94705
(415) 205-8237 phone
(510) 540-0403 fax
dwaggoner@homelessactioncenter.org

Attorney for Plaintiff NADIR HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIR HUSSAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 5:19-cv-01606-SVK<br><br>**JOINT STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff's time for submitting his Motion for Summary Judgment be extended by 60 days, from September 4th, 2019, to November 4th, 2019. This is Plaintiff's first request for an extension of time.

    There is good cause for this extension because Plaintiff's attorney assumed responsibility for this case only yesterday, September 3rd, 2019. Plaintiff's attorney currently has two other summary judgment motions and a reply brief due this week. Plaintiff's attorney needs more time to review the administrative record in this case and to draft the motion for summary judgment.

Plaintiff shall have an extension of 60 days in which to file his Motion for Summary Judgment. The parties further stipulate that all subsequent deadlines in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

The parties stipulate in good faith with no intent to prolong proceedings unduly.

This is Plaintiff's first request for an extension of time.

Respectfully submitted,

Dated: September 4th, 2019   By:

/s/ *David P. Waggoner*
DAVID P. WAGGONER
HOMELESS ACTION CENTER
Attorneys for Plaintiff

Dated: September 4th, 2019   By:

/s/ *S. Wyeth McAdam*
WYETH MCADAM
Assistant Regional Counsel
(as authorized via email on September 3rd, 2019)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 5, 2019

*[signature: Susan van Keulen]*
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE