```
DAVID L. ANDERSON, CABN 149604
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH MCADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA <s>(OAKLAND)</s>

| | |
|---|---|
| NADIR ABU ALKASSIM HUSSAIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 5:19-cv-01606-SVK<br><br>**STIPULATION AND [<s>PROPOSED</s>] ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MODIFIED** |

　　　　IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time to file his Cross-motion for summary judgment and opposition to Plaintiff's Motion for Summary Judgment. The current due date is January 6, 2020. The new date will be **February 20, 2020.** All other deadlines will extend accordingly. For any further extension in excess of 45 days, the Court will require Defendant to certify that it has (1) read Plaintiff's brief and (2) met and conferred with Plaintiff - either in person or by telephone, not by email - regarding Plaintiff's substantive claims.

　　　　This is the first extension of time requested by Defendant in the above-captioned matter. Defense counsel needs an extension of time because the attorney responsible for briefing needs additional time to complete review and analysis of the 917-page record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing workload demands, draft the response, and go through the necessary in-house reviews. With regard to competing

workload demands, in December, defense counsel has had six District Court briefs due, all of which courts have already extended once. In December, defense counsel is also taking leave to assist her family settle her in-law's estate. In January, defense counsel has twelve briefs due, several of which courts have previously extended time for Defendant to respond. Currently, the Office of the General Counsel has undergone an unforeseen reduction of several staff attorneys; Social Security is under a hiring freeze and management would have difficulty reassigning this case to another attorney. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

Respectfully submitted,

Dated: December 26, 2019

By: /s/ David P. Waggoner
David P. Waggoner
Homeless Action Center

Attorney for Plaintiff
(*by email authorization on 12/26/2019)

Dated: December 26, 2019

DAVID L. ANDERSON
United States Attorney

s/ S. Wyeth McAdam
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE
SUSAN VAN KEULEN

DATE: December 27, 2019

Stip. & ~~Prop.~~ Order for Ext. AS MODIFIED; ~~18-6376~~    2